UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sims Deltac, Inc.

Plaintiff,

v.

AccuHealth, Inc., et al.

Defendants.

CIVIL 01-874 PAM/JGL

**ORDER OF DISMISSAL**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of the defendant's bankruptcy proceedings in another court,

**IT IS ORDERED** that, the Clerk of Court administratively terminate the action in his records, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

DATED: October 10, 2001

**PAUL A. MAGNUSON,** Judge
United States District Court

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______